# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OI EUROPEAN GROUP B.V., <br><br> Plaintiff, <br><br> - against - <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | Civil Action No 16-1533 (ABJ) |

## STATUS REPORT REGARDING SERVICE OF PROCESS

Plaintiff files this status report in response to the Court's November 4, 2016 minute order, and informs the Court that it has not received a response from Defendant Bolivarian Republic of Venezuela ("Venezuela") or the Venezuelan Central Authority regarding the summons it submitted on August 11, 2016.

As discussed in the response to the Court's Order to Show Cause (ECF No. 5), Venezuela is a signatory to the 1965 Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("the Hague Convention"). In compliance with its obligations under the Hague Convention, Plaintiff promptly completed and mailed all of the required forms to the Venezuela Central Authority. Once the documents are received, the Venezuelan Central Authority has the obligation of serving the documents or informing Plaintiff that the documents could not be served. *See* Hague Convention, arts. 5-6.

Central authorities can often be very slow in completing this process. Some sources explain that successful service can take "at least" six months. Eric Porterfield, *Too Much Service, Not Enough Process: International Service of Process Under the Hague Service Convention*, 86 Temp. L. Rev. 331, 345 (2014).

In light of the substantial amount of time Central Authorities can take to effectuate service, the five months that have elapsed since Plaintiff's August 11, 2016 mailing is not out of the ordinary. However, if we do not receive return of service within six months of when the mailing was made, February 10, 2016, Plaintiff intends to pursue alternative means of service under the Foreign Sovereign Immunities Act by sending a copy of the summons, complaint, and notice of the suit (with a corresponding Spanish translation), by any form of mail requiring a signed receipt, to be addressed and dispatched by the Clerk of the Court to the head of the Venezuelan Ministry of Foreign Affairs. *See* 28 U.S.C. § 1608(a)(3).

By: */s/ Edward Baldwin*
**BAKER & MCKENZIE LLP**
Edward Baldwin (DC Bar # 973850)
815 Connecticut Ave. NW
Washington, D.C. 20006-4078
Tel:   (202) 452-7046
teddy.baldwin@bakermckenzie.com

## CERTIFICATE OF SERVICE

      I, Edward Baldwin, hereby certify that on January 6, 2017, a true and correct copy of the Status Report Regarding Service of Process was served upon the Defendant in this action by first-class mail to the following address:

Bolivarian Republic of Venezuela
 Procuraduría General de la República
Av. Los Ilustres, cruce con calle Francisco Lazo Martí
Edificio Sede Procuraduría General de la República
Urb. Santa Mónica
Caracas
República Bolivariana de Venezuela

**Dated**: January 6, 2016:

                                                           */s/ Edward Baldwin*
                                                           Edward Baldwin