# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OI EUROPEAN GROUP B.V., <br><br> *Plaintiff*, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> *Defendant*. | Case No. 1:16-cv-01533-ABJ |

## JOINT MARCH 14, 2019 STATUS REPORT

Pursuant to the Court's March 8, 2019, order directing the parties to file a joint report on how this case should proceed by March 15, 2019, Plaintiff, OI European Group B.V. ("OIEG"), and Defendant, the Bolivarian Republic of Venezuela ("Venezuela"), submit this joint status report.

On March 8, 2019, this Court denied Venezuela's Motion to Dismiss. The parties have conferred and have made progress toward a consensual resolution which would potentially moot the need for continued briefing. However, as the parties have not yet reached an agreement on such a consensual resolution, the parties agree that the remaining issues are appropriate for resolution by dispositive motion, and respectfully propose the following briefing schedule:

| | |
|---|---|
| • OIEG's Motion for Summary Judgment: | On or before March 27, 2019 |
| • Venezuela's Opposition: | Fourteen days following Submission of OIEG's Motion for Summary Judgment |
| • OIEG's Reply: | Seven days following Venezuela's Opposition |

Venezuela's position is that a motion for substitution or joinder is necessary prior to any resolution of this matter.  OIEG's believes, *inter alia*, that the argument is foreclosed by this Court's ruling on March 8, 2019.  If the parties are unable to reach a consensual resolution, then Venezuela proposes that its motion to substitute or join the purchaser of some of the Award's proceeds, the opposition thereto, and any reply would be due under the same schedule as applies above to OIEG's Motion for Summary Judgment.

If, in the interim, the parties reach agreement on a consensual resolution, the parties will present a stipulated form of order to the Court.

Dated: March 14, 2019                                                  Respectfully submitted,

GST LLP                                                                              MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Quinn Smith*_____                          By: */s/ Susan Baker Manning*_____
Quinn Smith (DCD Bar No. FL 0027, also           Susan Baker Manning, Bar No. 499635
admitted *pro hac vice*)                                             susan.manning@morganlewis.com
quinn.smith@gstllp.com                                           1111 Pennsylvania Avenue, NW
Diego Gosis (*pro hac vice*)                                     Washington, DC 20004
diego.gosis@gstllp.com                                          Telephone:    +1.202.739.3000
Katherine A. Sanoja (*pro hac vice*)                      Facsimile:      +1.202.739.3001
katherine.sanoja@gstllp.com
1111 Brickell Avenue, # 2715                                 and
Miami, FL 33131
Telephone:     +1.305.856.7723                             Sabin Willett (*pro hac vice*)
Facsimile:       +1.786.220.8265                             sabin.willett@morganlewis.com
                                                                                     Christopher L. Carter (*pro hac vice*)
PILIEROMAZZA, PLLC                                         christopher.carter@morganlewis.com
                                                                                     One Federal Street
Megan C. Connor, Bar No. 996991                      Boston, MA 02110-1726
mconnor@pilieromazza.com                                Telephone:    +1.617.341.7700
Paul W. Mengel III, Bar No. 457207                     Facsimile:      +1.617.341.7701
pmengel@pilieromazza.com
888 17th Street, NW, 11th Floor                           *Attorneys for Plaintiff*
Washington, DC 20006                                        *OI European Group B.V.*
Telephone:     +1.202.857.1000
Facsimile:       +1.202.857.0200

*Attorneys for Defendant*
*the Bolivarian Republic of Venezuela*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2019, I caused this document to be electronically filed with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the CM/ECF system, which will automatically generate and serve notice of this filing to all counsel of record.  I further certify that I am not aware of any party who will not receive such notice.

Dated: March 14, 2019

       */s/ Susan Baker Manning*
       Susan Baker Manning