**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

OI EUROPEAN GROUP B.V.,

*Plaintiff*,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

*Defendant*.

Case No. 1:16-cv-01533-ABJ

**DECLARATION OF JOSEPH D. PIZZURRO IN SUPPORT OF DEFENDANT**
**BOLIVARIAN REPUBLIC OF VENEZUELA'S EMERGENCY MOTION TO STRIKE**

I, JOSEPH D. PIZZURRO, declare under penalty of perjury:

1.      I am an attorney admitted to practice before this Court and a partner of the firm of Curtis, Mallet-Prevost, Colt and Mosle LLP ("Curtis"), counsel for Defendant Bolivarian Republic of Venezuela ("Republic") in the above-captioned action.  I submit this declaration in support of the Republic's Emergency Motion to Strike the Stipulated Order for Final Judgment (ECF No. 56).

2.      Pursuant to article 233 of the Venezuelan Constitution, beginning on January 10, 2019, the position of Presidency of Venezuela has been held by the President of the Venezuelan National Assembly, Deputy Juan Guaidó.  On January 23, 2019, Juan Guaidó ratified the application of article 233, acting as Interim President of Venezuela.  That same day, President Donald Trump issued a statement officially recognizing President Guaidó as the Interim President of Venezuela and rejecting the legitimacy of the Maduro government. *See* Statement from President Donald J. Trump Recognizing Venezuelan National Assembly President Juan Guaid6 as the Interim President of Venezuela (Jan. 23, 2019), available at https://www.whitehouse.gov/briefings-statements/statement-president-donald-j-trump-recognizing-venezuelan-national-assembly-president-juan-guaido-interim-president-venezuela.

Since that time over 50 countries have recognized the Guaidó government as the official government of Venezuela.

3.      To facilitate the transition to the newly-installed Guaidó government, the National Assembly enacted the "Statute Governing the Transition to Democracy to Restore the Validity of the Constitution of the Bolivarian Republic of Venezuela" (the "Transition Statute").  Pursuant to Article 15.b of the Transition Statute, the Special Attorney General designated by Interim President Guaidó has the power to appoint counsel for the Republic in international litigation. On February 5, 2019, pursuant to the authority granted in Article 15.b of the Transition Statute, President Guaidó appointed José Ignacio Hernández as the Special Attorney General of Venezuela.  A true and correct copy of the "Designation of José Ignacio Hernández," dated February 5, 2019, is attached hereto as Exhibit 1.

4.      On February 27, 2019, the National Assembly approved the appointment of Mr. Hernández.  Afterward, on March 19, 2019, the National Assembly approved a resolution ratifying the determination of the "usurpation" of Mr. Reinaldo Munoz Pedroza as Maduro's illegally appointed Attorney General and ratifying Mr. Hernández as the only person having the power to represent the Republic and appoint legal counsel in cases outside of Venezuela.  A true and correct copy of the "*Acuerdo de Ratificación de la Usurpación*," dated March 19, 2019, is attached hereto as Exhibit 2.

5.      Mr. Hernández, in turn, engaged the undersigned counsel today to appear on behalf of the Republic in these proceedings.  Accordingly, the Republic is moving on an emergency basis to strike the Stipulated Order for Final Judgment to avoid its legal effects.

6.      I am informed by Mr. Hernández that counsel from the law firms GST LLP and Pilieromazza, PLLC, have not been acting in these proceedings on the instructions of the Guaidó

government.  Therefore, all the actions that they have taken since the enactment of the *Acuerdo de Ratificación de la Usurpación*, including the execution of the Stipulated Order for Final Judgment, are unauthorized and *ultra vires*.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

New York, New York
March 28, 2019

Respectfully submitted,

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

By:   */s/ Joseph D. Pizzurro*
Joseph D. Pizzurro
(D.C. Bar No. 468922)
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel.:  (202) 452-7373
Fax:  (202) 452-7333
Email:  jpizzurro@curtis.com

*Attorneys for Defendant*
*Bolivarian Republic of Venezuela*

34497832