# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OI EUROPEAN GROUP B.V., *Plaintiff*, v. BOLIVARIAN REPUBLIC OF VENEZUELA, *Defendant*. | Case No. 1:16-cv-01533-ABJ |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7(h) of this Court's Local Civil Rules, Plaintiff OI European Group B.V. moves for summary judgment.[1] As grounds therefor, Plaintiff relies on its Rule 56.1 statement, the accompanying Memorandum of Law and the Declaration of Christopher L. Carter.

WHEREFORE, Plaintiff requests that summary judgment, in the form submitted, enter in its favor, and that it be granted such other and further relief as may be just and proper.

---

[1] On March 15, 2019, this Court entered an order containing a summary judgment briefing schedule. March 15, 2019 Minute Order. The schedule was mooted by the parties' subsequent Stipulation for Final Judgment. Dkt. No. 56. On March 28, 2019, the Curtis Mallet firm filed an appearance for Venezuela and an emergency motion to strike the stipulated judgment. OIEG agrees, in light of all the circumstances, that the Court should not proceed on the basis of the stipulation. Currently, no order prevents Plaintiff from moving for summary judgment. *See* Fed. R. Civ. P. 56(b).

Dated: April 1, 2019

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Susan Baker Manning, Bar No. 499635
susan.manning@morganlewis.com
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: +1.202.739.3000
Facsimile:  +1.202.739.3001

and

Sabin Willett (*pro hac vice*)
sabin.willett@morganlewis.com
Christopher L. Carter (*pro hac vice*)
christopher.carter@morganlewis.com
One Federal Street
Boston, MA 02110-1726
Telephone: +1.617.341.7700
Facsimile: +1.617.341.7701

*Attorneys for Plaintiff*
*OI European Group B.V.*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 1, 2019, I caused this document to be electronically filed with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the CM/ECF system, which will automatically generate and serve notice of this filing to all counsel of record, including counsel for Defendant identified below. I further certify that I am not aware of any party who will not receive such notice.

| | |
|---|---|
| Megan C. Connor<br>PILIEROMAZZA, PLLC<br>888 17th Street, NW, 11th Floor<br>Washington, DC 20006<br>Telephone: (202) 857-1000<br>Facsimile: (202) 857-0200<br>Email: mconnor@pilieromazza.com | Diego Brian Gosis (*pro hac vice*)<br>GST LLP<br>175 SW 7th Street, No. 2110<br>Miami, FL 33130<br>Telephone: (305) 856-7723<br>Facsimile: (786) 220-8265<br>Email: diego.gosis@gstllp.com |
| Paul Warren Mengel, III<br>PILIEROMAZZA, PLLC<br>888 17th Street, NW, 11th Floor<br>Washington, DC 20006<br>Telephone: (202) 857-1000<br>Facsimile: (202) 857-0200<br>Email: pmengel@pilieromazza.com | Katherine Sanoja (*pro hac vice*)<br>GST LLP<br>175 SW 7th Street, No. 2110<br>Miami, FL 33130<br>Telephone: (305) 856-7723<br>Facsimile: (786) 220-8265<br>Email: katherine.sanoja@gstllp.com |
| Joseph D. Pizzurro<br>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>1717 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 452-7373<br>Facsimile: (202) 452-7333<br>Email: jpizzurro@curtis.com | Rodney Quinn Smith (*pro hac vice*)<br>GST LLP<br>175 SW 7th Street, No. 2110<br>Miami, FL 33130<br>Telephone: (305) 856-7723<br>Facsimile: (786) 220-8265<br>Email: quinn.smith@gstllp.com |

Dated: April 1, 2019

                                                    Susan Baker Manning