IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OI EUROPEAN GROUP B.V.,<br><br>                         *Plaintiff*,<br><br>    v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>                         *Defendant*. | Case No. 1:16-cv-01533-ABJ |

**PLAINTIFF'S OPPOSITION TO MOTION FOR RECONSIDERATION OF THIS COURT'S MINUTE ORDER ENTERED ON APRIL 2, 2019**

Plaintiff OI European Group B.V. ("OIEG") opposes the Motion for Reconsideration of this Court's Minute Order Entered on April 2, 2019 [Dkt. No. 65], filed April 4, 2019 (assertedly on behalf of Defendant Bolivarian Republic of Venezuela).

Grant of a motion to reconsider is discretionary. *Messina v. Krakower*, 439 F.3d 755, 758 (D.C. Cir. 2006). An exercise of that discretion would not be appropriate here. When OIEG entered into the stipulation, it was not aware that a contest existed as to which law firm was authorized to speak for Venezuela. After that dispute came to light, OIEG agreed that a judgment should not enter on the basis of the stipulation, lest that judgment later become the subject of unnecessary appellate disputes. [Dkt. No. 56].

This Court's order granting the Emergency Motion, Dkt. No. 58, was prudent and well warranted by the unusual circumstances.[1] The Court's direction that the case be reviewed on Rule

---

[1] *See U.S. v. Kanu*, 695 F.3d 74, 78 (D.C. Cir. 2012) (noting court's discretion to relieve parties from stipulations "wherever justice requires" and that a court "has inherent power, in the

1

56 will ensure that any legitimate defenses can be considered, and that a judgment may enter on the basis of the undisputed facts and operative law.

WHEREFORE, the Motion for Reconsideration should be denied.

Dated: April 5, 2019

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Susan Baker Manning
Susan Baker Manning, Bar No. 499635
susan.manning@morganlewis.com
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: +1.202.739.3000
Facsimile:  +1.202.739.3001

and

Sabin Willett (*pro hac vice*)
sabin.willett@morganlewis.com
Christopher L. Carter (*pro hac vice*)
christopher.carter@morganlewis.com
One Federal Street
Boston, MA 02110-1726
Telephone: +1.617.341.7700
Facsimile: +1.617.341.7701

*Attorneys for Plaintiff*
*OI European Group B.V.*

---

control of its own action, to relieve against [stipulations] when made improvidently or when for any cause their enforcement would work injustice") (citing *Laughlin v. Berens*, 118 F.2d 193, 196 (D.C. Cir. 1940)); *National Audobon Soc., Inc. v. Watt*, 678 F.2d 299, 307 (D.C. Cir. 1982) (stipulations "must be interpreted in light of the circumstances under which the agreement was made").

DB1/ 103262188.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, I caused this document to be electronically filed with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the CM/ECF system, which will automatically generate and serve notice of this filing to all counsel of record, including counsel for Defendant identified below. I further certify that I am not aware of any party who will not receive such notice.

Megan C. Connor
PILIEROMAZZA, PLLC
888 17th Street, NW, 11th Floor
Washington, DC 20006
Telephone: (202) 857-1000
Facsimile: (202) 857-0200
Email: mconnor@pilieromazza.com

Paul Warren Mengel, III
PILIEROMAZZA, PLLC
888 17th Street, NW, 11th Floor
Washington, DC 20006
Telephone: (202) 857-1000
Facsimile: (202) 857-0200
Email: pmengel@pilieromazza.com

Joseph D. Pizzurro
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 452-7373
Facsimile: (202) 452-7333
Email: jpizzurro@curtis.com

Diego Brian Gosis (*pro hac vice*)
GST LLP
175 SW 7th Street, No. 2110
Miami, FL 33130
Telephone: (305) 856-7723
Facsimile: (786) 220-8265
Email: diego.gosis@gstllp.com

Katherine Sanoja (*pro hac vice*)
GST LLP
175 SW 7th Street, No. 2110
Miami, FL 33130
Telephone: (305) 856-7723
Facsimile: (786) 220-8265
Email: katherine.sanoja@gstllp.com

Rodney Quinn Smith (*pro hac vice*)
GST LLP
175 SW 7th Street, No. 2110
Miami, FL 33130
Telephone: (305) 856-7723
Facsimile: (786) 220-8265
Email: quinn.smith@gstllp.com

Dated: April 5, 2019

_____
Susan Baker Manning