# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OI EUROPEAN GROUP B.V., <br><br> *Plaintiff*, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> *Defendant*. | Case No. 1:16-cv-01533-ABJ |

### DEFENDANT BOLIVARIAN REPUBLIC OF VENEZUELA'S
### MOTION TO CONTINUE THE APRIL 15, 2019 STATUS CONFERENCE

Pursuant to LCvR 16.1(b), the Bolivarian Republic of Venezuela respectfully requests that the status conference set for April 15, 2019, be continued to a later date.

Earlier today, this Court entered a Minute Order directing the parties, including representatives of both sets of attorneys who have entered appearances on behalf of the Republic, to appear before this Court for a status conference on April 15, 2019, at 10 AM in Courtroom 3. The Republic seeks to continue this status conference because the undersigned counsel for the Republic is already scheduled to appear before the United States Court of Appeals for the Third Circuit for oral argument on April 15, 2019, in Philadelphia, Pennsylvania, in the consolidated proceedings of *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, Nos. 18-2797, 18-2889, and 18-3124. The undersigned counsel is counsel of record in the *Crystallex* proceedings for Petróleos de Venezuela, S.A., the Republic's national oil company. This motion is made in good faith and not for the purposes of delay. Accordingly, the Republic asks this Court to grant this motion and continue the April 15, 2019 status conference to a later date.

The undersigned counsel for the Republic has consulted with counsel for Plaintiff and GST. Plaintiff's counsel consents to a continuance if the hearing is held during the week of

- 2 -

April 15.  GST also consents to a continuance, but is only available on April 16 of that week, a date which the undersigned cannot accommodate, and thereafter is unavailable until April 29.

Dated: April 10, 2019

                                        Respectfully submitted,

                                        CURTIS, MALLET-PREVOST,
                                        COLT & MOSLE LLP

                                        By:  */s/ Joseph D. Pizzurro*
                                        Joseph D. Pizzurro
                                        (D.C. Bar No. 468922)
                                        1717 Pennsylvania Avenue, N.W.
                                        Washington, D.C. 20006
                                        Tel.:  (202) 452-7373
                                        Fax:  (202) 452-7333
                                        Email:  jpizzurro@curtis.com

                                        *Attorneys for Defendant*
                                        *Bolivarian Republic of Venezuela*