

**Curtis, Mallet-Prevost, Colt & Mosle LLP**

| | | | |
|---|---|---|---|
| Almaty | London | 1717 Pennsylvania Avenue, N.W. | Telephone +1 202 452 7373 |
| Astana | Mexico City | Washington, D.C. 20006 | Facsimile +1 202 452 7333 |
| Beijing | Milan | | www.curtis.com |
| Buenos Aires | Muscat | | |
| Dubai | New York | | **Joseph D. Pizzurro** |
| Frankfurt | Paris | | Tel: +1 212 696 6196 |
| Geneva | Rome | | Fax: +1 917 368 8996 |
| Houston | | | E-Mail: jpizzurro@curtis.com |

April 11, 2019

**VIA ECF**
District Judge Amy Berman Jackson
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

    Re:    *OI European Group B.V. v. Bolivarian Republic of Venezuela,*
                 **No. 1:16-cv-01533-ABJ**

Dear Judge:

        In accordance with Your Honor's April 10, 2019 Minute Order continuing the previously scheduled status conference, the undersigned counsel for Defendant Bolivarian Republic of Venezuela has conferred with the other counsel in the above-referenced case, and a representative from each set of law firms is available to appear for a status conference any time on the 1st, 2nd or 3rd of May.

                                          Respectfully submitted,

                                          */s/ Joseph D. Pizzurro*
                                          Joseph D. Pizzurro

cc:    All Counsel of Record (via ECF)