# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

| | )
|---|---|
| **OI EUROPEAN GROUP, B.V.,** | )  )
| **Plaintiff,** | )  )
| v. | )  ) Case No. 1:16-cv-01533-ABJ
| | )
| **BOLIVARIAN REPUBLIC OF VENEZUELA,** | )  )  )
| **Defendant.** | )  )
|_____ | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to LCvR 83.6(b), Megan C. Connor and Paul W. Mengel III of the law firm of PilieroMazza PLLC, with the consent of Defendant, as well as all counsel who have entered appearances herein, hereby notice their withdrawal as co-counsel for Defendant Bolivarian Republic of Venezuela ("Defendant"), which will continue to be represented by the firm of GST LLP and Quinn Smith (DCD #FL0027). Attached as Exhibit A is a copy of this pleading signed by the Defendant's authorized representative, Henry Facchinetti, Gerente General de Litigio, Procuraduría General de la República Bolivariana de Venezuela.

Dated: April 12, 2019

Respectfully submitted,

/s/ Paul W. Mengel III
Megan C. Connor (DC Bar #996991)
mconnor@pilieromazza.com
Paul W. Mengel III (DC Bar #457207)
pmengel@pilieromazza.com
PilieroMazza PLLC
888 17th Street, N.W., 11th Floor
Washington, D.C. 20006
Telephone: (202) 857-1000
Facsimile: (202) 857-0200

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 12, 2019, I electronically filed this document with the Clerk of the Court of the U.S. District Court of the District of Columbia by using the CM/ECF system, which will automatically generate and serve notices of this filing to all counsel of record.  I further certify that I am unaware of any parties who will not receive such notice.

                                   /s/ Paul W. Mengel III
                                   Paul W. Mengel III