# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OI EUROPEAN GROUP, B.V., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOLIVARIAN REPUBLIC OF )<br>VENEZUELA, )<br>)<br>Defendant. )<br>) | Case No. 1:16-cv-01533-ABJ |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6(b), Megan C. Connor and Paul W. Mengel III of the law firm PilieroMazza PLLC, with the consent of Defendant, as well as all counsel who have entered appearances herein, hereby notice their withdrawal as co-counsel for Defendant Bolivarian Republic of Venezuela, which will continue to be represented by the firm of GST LLP and Curtis Smith (DCD #FL0027).

Dated: April 11TH, 2019

Agreed:

Bolivarian Republic of Venezuela, by:

_____
Henry Rodriguez Facchinetti
Gerente General de Litigio
Procuraduría General de la República Bolivariana de Venezuela

Dated: April 11TH 2019

Respectfully submitted,

/s/ Paul W. Mengel III
Megan C. Connor (DC Bar #996991)
mconnor@pilieromazza.com
Paul W. Mengel III (DC Bar #457207)
pmengel@pilieromazza.com
PilieroMazza PLLC
888 17th Street, N.W., 11th Floor
Washington, D.C. 20006
Telephone: (202) 857-1000
Facsimile: (202) 857-0200 (fax)