# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OI EUROPEAN GROUP B.V., <br><br> *Plaintiff*, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> *Defendant*. | Case No. 1:16-cv-01533-ABJ |

## RESPONSE TO COURT'S MINUTE ORDER OF APRIL 10, 2019[1]

In accordance with this Court's April 10, 2019 Minute Order continuing the previously scheduled status conference, the undersigned counsel for Defendant Bolivarian Republic of Venezuela has conferred with the other counsel in the above-referenced case, and a representative from each set of law firms is available to appear for a status conference any time on the 1st, 2nd or 3rd of May.

Dated: April 16, 2019

    Respectfully submitted,

    CURTIS, MALLET-PREVOST,
    COLT & MOSLE LLP

    By:  */s/ Joseph D. Pizzurro*
    Joseph D. Pizzurro
    (D.C. Bar No. 468922)
    1717 Pennsylvania Avenue, N.W.
    Washington, D.C. 20006
    Tel.:  (202) 452-7373
    Fax:  (202) 452-7333
    Email:  jpizzurro@curtis.com

    *Attorneys for Defendant*
    *Bolivarian Republic of Venezuela*

---

[1] This response is being re-filed at the direction of the Office of the Clerk of Court in conformance with LCvR 5.1(a).