# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OI EUROPEAN GROUP B.V., <br><br> *Plaintiff*, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> *Defendant*. | Case No. 1:16-cv-01533-ABJ |

## NOTICE TO THE COURT

In accordance with this Court's direction at the May 2, 2019 Status Conference and in the related Minute Entry, the undersigned counsel for Defendant Bolivarian Republic of Venezuela submits this Notice to the Court.  The Court had asked counsel to report back on two items: (1) the status of the stipulation for entry of final judgment, and (2) whether GST LLP was willing to withdraw voluntarily from this case.

With respect to the first item, the Special Attorney General is attempting to obtain the necessary authorization to enter into a stipulation.  However, given the complicated political situation in Venezuela, he has not yet been able to obtain such authorization.

With respect to the second item, the undersigned counsel has conferred with counsel from GST, and GST does not agree to withdraw voluntarily from this case.  For the reasons set forth more fully in the Republic's motion to strike GST's filings [ECF No. 67], there is no legal basis for GST to remain in the case because GST represents the Maduro regime, which has no standing before this Court in light of the recognition of the Guaidó government by the Executive Branch.  *Zivotofsky v. Kerry*, 135 S. Ct. 2076, 2090, 2091 (2015); *Guar. Tr. Co. v. United States*, 304 U.S. 126, 138 (1938); *Pfizer v. Government of India*, 434 U.S. 308, 319-20 (1978); *Republic of Panama v. Air Panama Internacional, S.A.*, 745 F. Supp. 669, 675-76 (S.D. Fla. 1988);

-2-

*Republic of Panama v. Republic National Bank of New York*, 681 F. Supp. 1066, 1073 (S.D.N.Y. 1988); *Republic of Panama v. Citizens & S. Int'l Bank*, 682 F. Supp. 1544, 1546 (S.D. Fla. 1988). The undersigned counsel believes that this Court can and should enter an order denying GST the ability to remain in the case because it has no client with standing.  However, if the Court prefers, the Republic is prepared to file a formal motion to that effect.

Dated: May 16, 2019

        Respectfully submitted,

        CURTIS, MALLET-PREVOST,
        COLT & MOSLE LLP

        By:   */s/ Joseph D. Pizzurro*
        Joseph D. Pizzurro
        (D.C. Bar No. 468922)
        1717 Pennsylvania Avenue, N.W.
        Washington, D.C. 20006
        Tel.:  (202) 452-7373
        Fax:  (202) 452-7333
        Email:  jpizzurro@curtis.com

        - and -

        Juan O. Perla (*pro hac vice*)
        101 Park Avenue
        New York, NY 10178
        Tel.: (212) 696-6000
        Fax:  (212) 697-1559
        Email: jperla@curtis.com

        *Attorneys for Defendant*
        *Bolivarian Republic of Venezuela*