# EXHIBIT A



INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES
1818 H STREET, NW | WASHINGTON, DC 20433 | USA
TELEPHONE +1 (202) 458 1534 | FACSIMILE +1 (202) 522 2615
WWW.WORLDBANK.ORG/ICSID

May 3, 2019

By email

**Fábrica de Vidrios Los Andes, C.A. &**
**Owens-Illinois de Venezuela, C.A.**
c/o Mr. Robert Volterra
Mr. Alvaro Nistal
Mr. Govert Coppens
Mr. Roberto Lupini
Volterra Fietta
8 Mortimer Street
Fitzroy Place
London W1T 3JJ
United Kingdom

**Bolivarian Republic of Venezuela**
c/o Dr. Reinaldo Enrique Muñoz Pedrosa
Procurador General de la República (E)
Procuraduría General de la República
Avenida Los Ilustres, cruce con
Calle Francisco Lazo Martí
Edif. Sede Procuraduría General de la República
Urbanización Santa Mónica
Caracas 1040, Venezuela
   and
Mr. Osvaldo C. Guglielmino
Mr. Pablo Parrilla
Mr. Guillermo Moro
Guglielmino y Asociados
Cerrito 1320 - Piso 11
(C1010ABB) Buenos Aires
Argentina
   and
Mr. Diego Brian Gosis
Guglielmino y Asociados
1111 Brickell Ave, Suite 2715
Miami, FL 33130
United States of America

**Re:  Fábrica de Vidrios Los Andes, C.A. and Owens-Illinois de Venezuela, C.A. v.**
**Bolivarian Republic of Venezuela**
(ICSID Case No. ARB/12/21) – Annulment Proceeding

Dear Sirs,

    I write on instructions from the President of the Committee.

    The Committee refers to the communications sent by the Secretary of the Committee to the Parties on April 4 and 24, 2019, on the question of the representation of the Bolivarian Republic of Venezuela in this annulment proceeding, as well as to the submissions received by the Parties, including the comments received from Mr. José Ignacio Hernández, on April 18, 2019.

    The Committee has reviewed the said submissions and, after due consideration, notes the following:

1)  Under the BIT and the ICSID Convention, the State, as such, is the respondent party in this proceeding.

2)  The question to be decided is who represents Respondent in this proceeding.

    3)    Until now, Respondent has been represented by the persons appointed for such purpose by the *Procurador General de la República* as required by the domestic law of Respondent.

After giving to all involved the opportunity to fully present their positions, the Committee finds that the evidence on record does not justify a change in the *status quo*. For this reason, and taking into account considerations of fairness to both Parties and efficiency of the proceedings, the Committee sees no basis to hold that, for purposes of this annulment proceeding, the representation of the Bolivarian Republic of Venezuela has changed.

Accordingly, the suspension of the procedural calendar is now lifted. The Committee is aware that Respondent's Rejoinder was due on April 19, 2019. Since the proceeding was suspended at the initiative of the Committee, and in order to minimize disruptions to the procedural calendar, the Committee has decided to extend this time-limit to **May 15, 2019**. The remaining dates set forth in the procedural calendar will remain unaltered. Should Claimants require an extension of a time-limit in the future, the Committee will consider it favorably.

Yours sincerely,

Sara Marzal Yetano
Secretary of the *ad hoc* Committee

cc: Members of the *ad hoc* Committee