# EXHIBIT B

JB,STAYED

# U.S. District Court
## Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:14-cv-24414-KMW

| | |
|---|---|
| Comparelli et al v. Republica Bolivariana De Venezuela et al | Date Filed: 11/19/2014 |
| Assigned to: Judge Kathleen M. Williams | Jury Demand: None |
| Case in other court: USCA, 16-16748-CC | Nature of Suit: 890 Other Statutory Actions |
| Cause: 28:1331 Federal Question | Jurisdiction: Federal Question |

**Plaintiff**

**Carmina R Comparelli**     represented by     **Rodrigo Sebastian Da Silva**
Law Offices of Rodrigo S. Da Silva, P.A.
777 Arthur Godfrey Road, Suite 402
Miami Beach, FL 33140
305-615-1434
Fax: 305-615-1435
Email: rodrigo@rdasilvalaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Freddy E Lopez Comparelli**     represented by     **Rodrigo Sebastian Da Silva**
*TERMINATED: 04/12/2016*                                                            (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Loryelena Delgado Comparelli**     represented by     **Rodrigo Sebastian Da Silva**
*TERMINATED: 04/12/2016*                                                            (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julio C Delgado Comparelli**     represented by     **Rodrigo Sebastian Da Silva**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Republica Bolivariana De Venezuela**     represented by     **Katherine Alena Sanoja**
*a sovereign nation*
GST, LLP
175 SW 7th Street
Suite 2110
Miami, FL 33130
305-856-7723
Fax: (786)220-8265
Email: katherine.sanoja@gstllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin Drecktrah Paz**

| | | |
|---|---|---|
| | | Amended Complaint,, , 87 MOTION to Dismiss 85 Amended Complaint,, by Carmina R Comparelli, Julio C Delgado Comparelli (Da Silva, Rodrigo) (Entered: 04/22/2019) |
| 04/23/2019 | 159 | MOTION for Extension of Time to file Motion to Compel Defendant Republica Bolivariana de Venezuela to Produce Better Answers to Plaintiffs' Jurisdictional Discovery Requests by Carmina R Comparelli, Julio C Delgado Comparelli. Responses due by 5/7/2019 (Da Silva, Rodrigo) (Entered: 04/23/2019) |
| 04/24/2019 | 160 | MOTION to Compel *Defendant Repblica Bolivariana De Venezuela to Produce Better Answers to Plaintiffs' Jurisdictional Discovery Requests* by Carmina R Comparelli, Julio C Delgado Comparelli. Responses due by 5/8/2019 (Da Silva, Rodrigo) (Entered: 04/24/2019) |
| 04/24/2019 | 161 | MOTION to Compel *Defendant Repblica Bolivariana de Venezuela to Produce Better Answers to Plaintiffs' Jurisdictional Discovery Requests* by Carmina R Comparelli, Julio C Delgado Comparelli. Responses due by 5/8/2019 (Da Silva, Rodrigo) (Entered: 04/24/2019) |
| 05/02/2019 | 162 | Notice of Supplemental Authority re 156 MOTION to Strike *Filings and Discovery Responses Served or Filed by GST, LLP since January 23, 2019*, 134 UNSTIPULATED MOTION for Substitution of Counsel. Substituting Manuel Kushner for Rodney Quinn Smith, II; Katherine Alena Saloja, and John Derek Womack by Carmina R Comparelli, Julio C Delgado Comparelli (Da Silva, Rodrigo) (Entered: 05/02/2019) |
| 05/02/2019 | 163 | Notice of Supplemental Authority re 134 UNSTIPULATED MOTION for Substitution of Counsel. Substituting Manuel Kushner for Rodney Quinn Smith, II; Katherine Alena Saloja, and John Derek Womack by Republica Bolivariana De Venezuela (Kushner, Manuel) (Entered: 05/02/2019) |
| 05/03/2019 | 164 | RESPONSE to Motion re 156 MOTION to Strike *Filings and Discovery Responses Served or Filed by GST, LLP since January 23, 2019* filed by Republica Bolivariana De Venezuela. Replies due by 5/10/2019. (Smith, Rodney) (Entered: 05/03/2019) |
| 05/07/2019 | 165 | Notice of Supplemental Authority re 123 Defendant's MOTION to Stay *Due to Current Events in Venezuela* by International Petrochemical Sales, Ltd., Petroquimica de Venezuela, S.A. (Attachments: # 1 Exhibit A) (Cheskin, Mark) (Entered: 05/07/2019) |
| 05/08/2019 | 166 | REPLY to Response to Motion re 156 MOTION to Strike *Filings and Discovery Responses Served or Filed by GST, LLP since January 23, 2019* filed by Carmina R Comparelli, Julio C Delgado Comparelli. (Da Silva, Rodrigo) (Entered: 05/08/2019) |
| 05/08/2019 | 167 | RESPONSE to Motion re 161 MOTION to Compel *Defendant Repblica Bolivariana de Venezuela to Produce Better Answers to Plaintiffs' Jurisdictional Discovery Requests* filed by Republica Bolivariana De Venezuela. Replies due by 5/15/2019. (Smith, Rodney) (Entered: 05/08/2019) |
| 05/09/2019 | 168 | PAPERLESS ORDER GRANTING MOTION TO STAY. THIS MATTER is before the Court on Defendant Petroquimica de Venezuela, S.A. and International Petrochemical Sales, Ltd.'s motion to stay due to current events in Venezuela 123 . Upon review of the record, Defendant's motion, and in accordance with the discussions at the April 10, 2019 status conference, it is ORDERED AND ADJUDGED that: 1) all judicial proceedings in this matter are STAYED until further notice of the Court; and 2) parties shall file a status report in 120 days from the date of this order. Signed by Judge Kathleen M. Williams on 5/9/2019. (sgi) (Entered: 05/09/2019) |

**PACER Service Center**