UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| OI EUROPEAN GROUP B.V., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 16-1533 (ABJ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Pursuant to Federal Rules of Civil Procedure 56 and 58, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's motion for summary judgment [Dkt. # 60] is **GRANTED**. It is

**FURTHER ORDERED** that Guaidó government's request for a stay [Dkt. # 71] is **DENIED**. And it is

**FURTHER ORDERED** that the Maduro government's motion for reconsideration [Dkt. # 65] and the Maduro government's motion for substitution or joinder of the third-party in interest [Dkt. # 73] are **DENIED,** and therefore the Guaidó government's motion to strike the motion for reconsideration [Dkt. # 67] will be **DENIED AS MOOT**.

Plaintiff is entitled to the sum of:

- The principal amount:  $372,461,982, plus interest on this amount from October 26, 2010 through the of this order, calculated at a LIBOR interest rate for one-year deposits in U.S. dollars, plus a margin of 4%, with annual compounding of accrued interest;

- The costs and expenses of the arbitration: $5,750,000, plus interest on this amount from March 10, 2015 through the date of this order, calculated at a LIBOR interest rate for one-year deposits in U.S. dollars, plus a margin of 4%, with annual compounding of accrued interest;

- The costs and expenses of the annulment: $3,864,811.05, plus interest on this amount from December 6, 2018 through the date of this order, calculated at a LIBOR interest rate for one-year deposits in U.S. dollars, plus a margin of 4%, with annual compounding of accrued interest; and

- Post-judgment interest on the total amount, calculated at the rate set forth in 28 U.S.C. § 1961, from the date of this order until full payment.

This is a final appealable order.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE:  May 21, 2019