AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia



**FILED**
MAY 21 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| OI EUROPEAN GROUP B.V. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 16-CV-1533 (ABJ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* __OI EUROPEAN GROUP B.V.__ recover from the defendant *(name)* __BOLIVARIAN REPUBLIC OF VENEZUELA__ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   See the Court's Memorandum Opinion (Dkt. #85) and Order (Dkt. #84) issued this date.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge __Amy Berman Jackson__ on a motion for

Summary Judgment (Dkt. # 60).

Date:   05/21/2019

ANGELA D. CAESAR, CLERK OF COURT

_John T. Haley_
*Signature of Clerk or Deputy Clerk*