UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OI EUROPEAN GROUP B.V.,

        *Plaintiff*,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

        *Defendant*.

Case No. 1:16-cv-01533-ABJ

**DEFENDANT BOLIVARIAN REPUBLIC OF VENEZUELA'S NOTICE OF COUNTER-MOTION FOR A 120-DAY STAY OF ENFORCEMENT PROCEEDINGS**

Defendant Bolivarian Republic of Venezuela, by and through its undersigned counsel, hereby moves for a 120-day stay of enforcement proceedings.

This motion is based on the accompanying Omnibus Memorandum and the Declaration of Ambassador Carlos Alfredo Vecchio, dated August 5, 2019, filed concurrently herewith.

Venezuela reserves all rights and defenses and does not waive any of its defenses or its sovereign immunity.

-2-

                        Respectfully submitted,

                        CURTIS, MALLET-PREVOST,
                        COLT & MOSLE LLP

                        By:   */s/ Joseph D. Pizzurro*
                        Joseph D. Pizzurro
                        (D.C. Bar No. 468922)
                        Kevin A. Meehan
                        (D.C. Bar No. 1613059)
                        1717 Pennsylvania Avenue, N.W.
                        Washington, D.C. 20006
                        Tel.: (202) 452-7373
                        Fax: (202) 452-7333
                        Email: jpizzurro@curtis.com
                        Email: kmeehan@curtis.com


                        Juan O. Perla (*pro hac vice*)
                        101 Park Avenue
                        New York, NY 10178
                        Tel.: (212) 696-6000
                        Fax: (212) 697-1559
                        Email: jperla@curtis.com

                        *Attorneys for Defendant*
                        *Bolivarian Republic of Venezuela*


Dated:        August 8, 2019