IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OI EUROPEAN GROUP B.V.,<br><br>*Plaintiff*,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>*Defendant*. | Case No. 1:16-cv-01533-ABJ |

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM (I) IN SUPPORT OF ITS MOTIONS FOR RELIEF PURSUANT TO 28 U.S.C. § 1610(c) AND 28 U.S.C. § 1963 AND (II) IN OPPOSITION TO DEFENDANT BOLIVARIAN REPUBLIC OF VENEZUELA'S NOTICE OF COUNTER-MOTION FOR A 120-DAY STAY OF ENFORCEMENT PROCEEDINGS**

Plaintiff OI European Group B.V. ("OIEG") submits this supplemental memorandum to update the Court on recent proceedings relevant to its pending motions fore leave to register this Court's judgment in other judicial districts, and to seek further relief thereon. [Dkt. Nos. 87 and 88].

On October 11, 2019, the parties in *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, Case No. 17-00151 (D. Del.) (LPS), filed a joint status report in the United States District Court for the District of Delaware. A copy is attached as Exhibit 1. In the report, Crystallex presses to launch a foreclosure process on the shares of PDV Holding, Inc., addressing marketing, the structure of an auction sale and related issues. *See* Status Report at 1-6. OIEG will seek a recovery from the same property. It would serve the interests of judicial economy, and allow District Judge Stark more efficiently to address the logistical issues before him, if he were able to consider OIEG's requests for relief at the same time that he fashions relief in the *Crystallex*

DB1/ 108810865.1

case. This Court's issuance of a certificate would permit OIEG to seek that review, and would not foreclose Venezuela from asserting any of its rights in proceedings in Delaware.

For the foregoing reasons, and those previously briefed, OIEG requests that its pending motions be granted and that Venezuela's pending motion for a stay be denied.

Dated: October 15, 2019

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ *Susan Baker Manning*
 Susan Baker Manning, Bar No. 499635
 susan.manning@morganlewis.com
 1111 Pennsylvania Avenue, NW
 Washington, DC 20004
 Telephone: +1.202.739.3000
 Facsimile: +1.202.739.3001

and

Sabin Willett (*pro hac vice*)
sabin.willett@morganlewis.com
Christopher L. Carter (*pro hac vice*)
christopher.carter@morganlewis.com
One Federal Street
Boston, MA 02110-1726
Telephone: +1.617.341.7700
Facsimile: +1.617.341.7701

*Attorneys for Plaintiff*
*OI European Group B.V.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, I caused this document to be electronically filed with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the CM/ECF system, which will automatically generate and serve notice of this filing to all counsel of record. I further certify that I am not aware of any party who will not receive such notice.

                                                    */s/ Christopher L. Carter*
                                                    Christopher L. Carter